IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 10-cv-00449-JPG-SCW |
| | ) | |
| REAL PROPERTY LOCATED AT | ) | |
| 101 SOUTH KENNEDY STREET, | ) | |
| COLP, WILLIAMSON COUNTY, | ) | |
| ILLINOIS, AND ALL ATTACHMENTS, | ) | |
| IMPROVEMENTS AND | ) | |
| APPURTENANCES THERETO, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT IN A CIVIL CASE

The Court having received a stipulation for dismissal signed by all parties of record;

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice, without costs.

DATED:   December 8, 2011

NANCY ROSENSTENGEL, Clerk of Court

BY: s/Brenda K. Lowe, Deputy Clerk


APPROVED:   s/J. Phil Gilbert
                      J. PHIL GILBERT
                      U. S. DISTRICT JUDGE